UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CRISTI DIVISION

United States District Court
Southern District of Texas
FILED

APR 10 2000

MICHAEL N. MILBY, CLERK

CHAD E. SINGLETON  *

V.  *   CAUSE NO. CA-C-00-62

DARREN WALLACE, et al.  *

CERTIFICATE OF INABILITY TO PAY COSTS

TO THE HON. JUDGE OF SAID COURT:

COMES NOW, CHAD E. SINGLETON, PLAINTIFF PRO SE, IN THE ABOVE-CAPTIONED CAUSE, AND FILES THIS CERTIFICATE OF INABILITY TO PAY COSTS AND SAYS AND DEPOSES UNDER PENALTY OF PERJURY, THE FOLLOWING:

1. ON 2-14-2000 THE PLAINTIFF FILED A 42 U.S.C. §1983 CIVIL RIGHTS COMPLAINT AND APPLICATION TO PROCEED IN FORMA PAUPERIS. (D.E. 1 AND 2).

2. ON 3-8-2000 THE HONORABLE B. JANICE ELLINGTON, UNITED STATES MAGISTRATE JUDGE, GRANTED THE PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS AND INSTRUCTED THE PLAINTIFF TO EITHER PAY AN INITIAL FILING FEE OF $8.54 OR SHOW THAT HE HAS INSUFFICIENT ASSETS OR MEANS TO PAY THE INITIAL FILING FEE WITHIN 30 DAYS OF THE ORDER. (D.E. 6)

3. PLAINTIFF, DUE TO HIS POVERTY, CANNOT PAY THE INITIAL FILING FEE OF $8.54. HE HAS $.00 IN HIS TRUST FUND ACCOUNT AND HE THEREFORE REQUESTS THE COURT'S LEAVE TO PROCEED WITHOUT HAVING TO PAY THE INITIAL FILING FEE. HE HAS ATTACHED HERETO A CERTIFIED INMATE ACCOUNT STATEMENT WHICH REFLECTS HIS CURRENT BALANCE.

4. I, CHAD E SINGLETON, DECLARE AND CERTIFY UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. §1746, THAT THE ABOVE AND FOREGOING IS TRUE AND CORRECT.

RESPECTFULLY SUBMITTED,

*Chad E. Singleton*

CHAD E. SINGLETON #685670
3001 S. EMILY DR.
BEEVILLE, TEXAS 78102

DATE: April 6, 2000

8-

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE           04/06/00
ML18/SEN9611                IN-FORMA-PAUPERIS DATA                   09:00:09
TDCJ#: 00685670 SID#: 05051622 LOCATION: MCCONNELL       INDIGENT DTE: 03/09/00
NAME: SINGLETON,CHAD E                BEGINNING PERIOD: 10/01/99
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:          0.00 TOT HOLD AMT:         0.00 3MTH TOT DEP:      0.00
6MTH DEP:           130.00 6MTH AVG BAL:        37.96 6MTH AVG DEP:     21.67
MONTH HIGHEST BALANCE TOTAL DEPOSITS     MONTH HIGHEST BALANCE TOTAL DEPOSITS
03/00      9.85              0.00        12/99     110.91            105.00
02/00     77.91              0.00        11/99      25.86              0.00
01/00    104.31              0.00        10/99      35.77             25.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS, COUNTY OF __BEE__
ON THIS THE _06th_ DAY OF ___April___, _00_, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: _[signature]_
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



SABAS ENCINIA JR.
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 11-25-2001