IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHAD E. SINGLETON | § | |
| | § | |
| V. | § | C.A. NO. 00-62 |
| | § | |
| DARREN WALLACE, ET AL. | § | |

### ORDER ON COLLECTION AND PAYMENT OF FULL FILING FEE

The Court has considered the plaintiff's application for leave to proceed *in forma pauperis* in light of the Prison Litigation Reform Act of 1996 (PLRA), and finds the following:

[ ] Plaintiff has paid the initial partial filing fee as ordered by the Court.

[ ✓ ] Plaintiff has not paid in full the initial partial filing fee but has shown good cause for failing to do so.

[ ] Plaintiff was not required to pay an initial partial filing fee.

It is therefore **ORDERED**:

[ ] The agency having custody of plaintiff shall, when funds exist in plaintiff's inmate trust account, forward to the Court an initial partial filing fee of **$0.00.**

[ ✓ ] Plaintiff shall pay **$150.00**, the balance of the filing fee, in monthly installments as provided in 28 U.S.C. § 1915(b)(1).

[ ✓ ] After payment of the initial partial filing fee, the agency having custody of plaintiff shall deduct 20 percent of each deposit made to plaintiff's inmate trust account and forward payments to the court on a regular basis, provided the account exceeds $10.

[ ✓ ] Plaintiff shall sign all consents and other documents required by the agency having custody of plaintiff to authorize the necessary withdrawals from plaintiff's inmate trust account.

**NOTICE TO PLAINTIFF**: If you do not wish to pay the filing fee as set forth in this order, you must notify the Court in writing, by letter or motion, that you do not wish to prosecute this civil action. Your notice must be mailed within 30 days of the date of this order.

The Clerk will mail a copy of this order to the inmate accounting office or other person(s) or entity with responsibility for assessing, collecting and remitting to the court interim filing fee payments on behalf of inmates, as designated by the facility in which plaintiff is confined, and to TDCJ Office of the General Counsel, P.O. Box 13084, Austin, TX 78711.

ORDERED this 18 day of April, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE