MR. CHAD E. SINGLETON #685670
3001 S. EMILY DR.
BEEVILLE, TEXAS 78102

United States District Court
Southern District of Texas
FILED

APR 28 2000

Michael N. Milby, Clerk

United States District Court
Southern District of Texas
FILED

MAR 01 2000

Michael N. Milby, Clerk

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
521 STARR STREET
CORPUS CRISTI, TEXAS 78401

RE: SINGLETON V. WALLACE ET. AL. / CA. No. 00-62
    NOTICE OF VOLUNTARY DISMISSAL

TO WHOM IT MAY CONCERN:

PER THE MAGISTRATE'S ORDER ON COLLECTION AND PAYMENT OF FULL FILING FEE ENTERED APRIL 18, 2000 (D.E. 9), THIS LETTER IS TO INFORM YOU THAT I DO NOT WISH TO PROSECUTE THE ABOVE-STYLED AND NUMBERED CIVIL ACTION.

RESPECTFULLY SUBMITTED,

DATE: April 26, 2000

Chad E. Singleton

CC: CES (file)

CHAD E. SINGLETON