IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHAD E. SINGLETON | § | |
| | § | |
| V. | § | C.A. NO. C-00-62 |
| | § | |
| DARREN WALLACE, ET AL. | § | |

United States District Court
Southern District of Texas
ENTERED

MAY 18 2000

Michael N. Milby, Clerk of Court

## ORDER GRANTING PLAINTIFF'S
## MOTION FOR VOLUNTARY DISMISSAL

Plaintiff's motion for voluntary dismissal (D.E. 11) is **GRANTED**.

ORDERED this __17__ day of __May__, 2000.

_____
HAYDEN W. HEAD, JR.
UNITED STATES DISTRICT JUDGE