UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUN 19 2000

Michael N. Milby, Clerk

CHAD E. SINGLETON           *

V.                          *   CA. No. C-00-62

DARREN WALLACE, ET AL.      *

POST-DISMISSAL MOTION TO QUASH
DEBT FOR FILING FEE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, CHAD E. SINGLETON, PRO SE, IN THE ABOVE STYLED AND NUMBERED CAUSE, AND FILES THIS POST-DISMISSAL MOTION TO QUASH DEBT FOR FILING FEE AND STATES:

1. PROCEEDING PRO SE AND IN FORMA PAUPERIS, THE PLAINTIFF FILED A CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. §1983 ALLEGING VIOLATIONS OF THE DUE PROCESS CLAUSE OF THE FOURTEETH AMENDMENT IN CONNECTION WITH A PRISON REGULATION THAT HE ALLEGED CREATED A STATE LIBERTY INTEREST. (D.E.#1).

2. ON APRIL 18, 2000 THE HON. B. JANICE ELLINGTON UNITED STATES MAGISTRATE JUDGE ENTER AN ORDER ON COLLECTION AND PAYMENT OF FULL FILING FEE ORDERING THE PLAINTIFF TO PAY A $150.00 FILING FEE IN MONTHLY INSTALLMENTS AS PROVIDED IN 28 U.S.C. §1915(b)(1) AND TO SIGN ALL CONSENTS AND OTHER DOCUMENTS NECESSARY TO AUTHORIZE WITHDRAWALS FROM THE PLAINTIFF'S INMATE TRUST FUND ACCOUNT. (D.E.#9, PG.1).

3. THE SAID ORDER HOWEVER ALSO GAVE NOTICE TO THE PLAINTIFF THAT IF HE DID NOT WISH TO PAY THE FILING FEE HE HAD TO NOTIFY THE COURT IN WRITING BY LETTER OR MOTION THAT HE DID NOT WISH TO PROSECUTE THE CIVIL SUIT.

4. THE PLAINTIFF DID IN FACT FILE A MOTION FOR VOLUNTARY DISMISSAL IN ORDER TO AVOID HAVING TO PAY THE $150.00 FILING FEE (DE#11) AND THE PLAINTIFF'S MOTION WAS GRANTED ON MAY 17, 2000 BY THE HON. HAYDEN W. HEAD, JR., UNITED STATES DISTRICT JUDGE. (DE#12)

PG 1 OF 2 PP.

14.

5. ON JUNE 13, 2000, HOWEVER, THE PLAINTIFF RECIEVED AN INMATE ACCOUNT STATEMENT INDICATING THAT HE IS STILL GOING TO HAVE TO PAY THE $150.00 FILING FEE. THE PLAINTIFF BELIEVES THAT SOME KIND OF MISTAKE HAS BEEN MADE IN HIS BEING CHARGED THE COST OF THE FILING FEE AND HE THEREFORE PRESENTS THIS MOTION IN A STRONG EFFORT AND ATTEMPT TO CORRECT THAT ERROR.

6. THE PLAINTIFF'S SOLE POINT OF ARGUMENT IN SUPPORT OF THIS MOTION IS THAT SINCE HE ACTED IN ACCORDANCE WITH THE "PAYMENT AVOIDANCE" PROVISION SET FORTH IN THE MAGISTRATE'S COLLECTION AND PAYMENT ORDER BY VOLUNTARILY HAVING THE CIVIL ACTION DISMISSED WITHIN 30 DAYS OF THE ORDER THE COURT SHOULD MAKE GOOD ON ITS WORD AND NOT FORCE HIM TO STILL PAY THE FILING FEE. THAT'S ONLY RIGHT, JUST AND FAIR.

## PRAYER FOR RELIEF

WHEREFORE THE PLAINTIFF RESPECTFULLY REQUESTS THAT THE COURT ORDER THE INMATE TRUST FUND DIVISION OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE TO CANCEL THE OUTSTANDING $150.00 DEBT FOR THE FILING FEE IN THIS CASE.

DATE: June 14, 2000

RESPECTFULLY SUBMITTED,

Chad E. Singleton
CHAD E. SINGLETON
#685670
3001 S. EMILY DR.
BEEVILLE TEXAS 78102

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE AND FOREGOING IS TRUE AND CORRECT.

DATE: June 14, 2000

Chad E. Singleton
CHAD E. SINGLETON