

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHAD E. SINGLETON | § | |
| | § | 15. |
| V. | § | C.A. NO. C-00-62 |
| | § | |
| DARREN WALLACE, ET AL. | § | |

### ORDER ON PLAINTIFF'S MOTION TO QUASH

Plaintiff, proceeding *pro se*, filed a civil rights complaint and a motion to proceed *in forma pauperis* on February 14, 2000, alleging constitutional violations. On March 6, 2000, plaintiff's motion to proceed in forma pauperis was granted, and he was ordered to pay an initial partial filing fee. Plaintiff was also notified on that date that if he did not wish to pursue this action and pay the filing fee he needed to voluntarily dismiss his action within 30 days. D.E. 7. A collection order was entered on April 18, 2000, ordering plaintiff to pay the full filing fee in installments from his trust account. D.E. 9. This Court also screened plaintiff's complaint under 28 U.S.C. § 1915 on that date, and dismissed his complaint for failure to state a claim upon which relief can be granted. D.E. 10. Plaintiff subsequently sought voluntary dismissal of his lawsuit, on May 1, 2000. D.E. 11. He now brings a motion to quash the collection order requiring that he pay the filing fee. D.E. 14.

The Court advises plaintiff that his motion for voluntary dismissal was due on April 6, 2000, if plaintiff desired to avoid paying the filing fee. Plaintiff's motion was filed nearly one

1

month after this deadline, and after this Court had already reviewed the substance of his complaint. Plaintiff's motion to quash the collection order is therefore DENIED.

ORDERED this _____ day of _____, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE